**Order filed, June 5, 2019.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-19-00451-CV

————————

## IN THE MATTER OF THE MARRIAGE OF FRANK ROSE LOVE AND MARY FRANCES LOVE, Appellant

---

**On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCV-234732**

---

## ORDER

The reporter's record in this case was due **April 19, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Laurin Rainer**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM